UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY FINKELSON,<br><br>Defendant. | Case No. 23-cr-00225-JD-1<br><br>**PRETRIAL ORDER** |

A jury trial is set for Tuesday, May 28, 2024, at 9:00 AM. A pretrial conference is set for Thursday, May 2, at 1:00 PM. The Court also sets the following pretrial deadlines and instructions:

| **Event** | **Deadline** |
|---|---|
| Last day to file proposed jury questionnaire(s). | April 4, 2024 |
| Last day to file motions in limine. Motions in limine will be presented in one document not to exceed 15 pages, with each motion listed as a subheading. | April 4, 2024 |
| Last day to file oppositions to motions in limine. Oppositions to the motions in limine will be presented in one document not to exceed 15 pages, with corresponding subheadings. No reply papers may be filed unless the Court so directs. | April 11, 2024 |
| Last day to file trial brief that states the legal bases for the charges and the anticipated evidence, and addresses any evidentiary, procedural, or other anticipated legal issues. | April 11, 2024 |
| Last day to file a joint proposed form of verdict and proposed jury instructions, in the format exhibited by *Untied States v. Reynolds*, 18-cr-00158-JD, Dkt. No. 79. | April 11, 2024 |

Counsel should be prepared to discuss at the Pretrial Conference anticipated evidentiary objections and methods of simplifying the trial.

**IT IS SO ORDERED.**

Dated: March 5, 2024

JAMES DONATO
United States District Judge