UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY FINKELSON,<br><br>    Defendant. | Case No. 23-cr-00225-JD-1<br><br>**AMENDED PRETRIAL ORDER** |

At the parties' joint request, *see* Dkt. No. 99, the Court sets the following amended pretrial deadlines:

| Event | Deadline |
|---|---|
| Last day to file proposed jury questionnaire(s). | April 25, 2024 |
| Last day to file motions in limine. Motions in limine will be presented in one document not to exceed 15 pages, with each motion listed as a subheading. | April 25, 2024 |
| Last day to file oppositions to motions in limine. Oppositions to the motions in limine will be presented in one document not to exceed 15 pages, with corresponding subheadings. No reply papers may be filed unless the Court so directs. | May 2, 2024 |
| Last day to file trial brief that states the legal bases for the charges and the anticipated evidence, and addresses any evidentiary, procedural, or other anticipated legal issues. | May 2, 2024 |
| Last day to file a joint proposed form of verdict and proposed jury instructions, in the format exhibited by *Untied States v. Reynolds*, 18-cr-00158-JD, Dkt. No. 79. | May 2, 2024 |
| Pretrial conference. | May 16, 2024, at 1:30 PM |

| Event | Deadline |
|---|---|
| Trial begins. | May 28, 2024, at 9:00 AM |

Counsel should be prepared to discuss at the Pretrial Conference anticipated evidentiary objections and methods of simplifying the trial.

**IT IS SO ORDERED.**

Dated: March 20, 2024

JAMES DONATO
United States District Judge

2