1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   CHRISTIAAN HIGHSMITH (CABN 296282)
    KEVIN YEH (CABN 314079)
5   Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        (415) 436-7063
         kevin.yeh@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   **CASE NO. 3:23-cr-00225-JD**
                                        )
14          Plaintiff,                  )   **NOTICE RE SEARCH CONDITION**
                                        )
15      v.                              )
                                        )
16  GREGORY FINKELSON,                  )
                                        )
17          Defendant.                  )
                                        )
    _____)
18

19          This matter is set for sentencing on September 9, 2024.  The parties have conferred and agree

20  that the following search condition should be imposed at sentencing:

21              The defendant shall submit his person, residence, office, vehicle,
                electronic devices and their data (including cell phones, computers, and
22              electronic storage media), and any property under defendant's control to a
                search.  Such a search shall be conducted by a United States Probation
23              Officer or any federal, state, or local law enforcement officer at any time,
                with or without suspicion.  Failure to submit to such a search may be
24              grounds for revocation; the defendant shall warn any residents that the
                premises may be subject to searches.
25  //

26  //

27  //

28  //

    NOTICE RE SEARCH COND.                    1
    3:23-cr-00225-JD

1   DATED: September 3, 2024                     Respectfully submitted,

2                                                ISMAIL J. RAMSEY
                                                 United States Attorney
3

4
                                                 _____/s/_____
5                                                CHRISTIAAN HIGHSMITH
                                                 KEVIN YEH
6                                                Assistant United States Attorneys

7

8
                                                 _____/s/_____
9                                                ANTHONY BRASS
                                                 Counsel for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE SEARCH COND.                    2
3:23-cr-00225-JD