UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  September 9, 2024                                      Judge:  Hon. James Donato

Court Reporter: Debbie Pas
Time: 28 Minutes
Case No.         **3:23-cr-00225-JD-1**
Case Name     **United States v. Gregory Finkelson**

Attorney(s) for Government:      Kevin Yeh/Christiaan H Highsmith
Attorney(s) for Defendant(s):      Anthony John Brass
Probation Officer:  Denise Mancia

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Sentencing -- Held.

NOTES AND ORDERS

Defendant is sentenced to twelve (12) months in custody followed by three (3) years of supervised release.  Defendant is directed to pay a $100 special assessment and $341,455 in restitution to the U.S. Department of Housing and Urban Development.  Voluntary surrender is set for September 16, 2024, and a separate order will be issued.