ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7063
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-cr-00225-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE RESTITUTION** |
| v. | |
| GREGORY FINKELSON, | |
| Defendant. | |

Sentencing was held in this matter on September 9, 2024. During the hearing, the Court ordered that the restitution amount of $341,455 be paid to the U.S. Department of Housing and Urban Development (HUD). Because the real victim in this case is the San Francisco Housing Authority (SFHA), which receives funds from HUD for Section 8 housing vouchers, the parties stipulate and agree that the judgment should reflect that the restitution owed be paid to SFHA. HUD and Probation do not object.

//

//

//

//

**IT IS SO STIPULATED.**

DATED: September 10, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

_____/s/_____
ANTHONY BRASS
Counsel for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
HON. JAMES DONATO
United States District Judge